IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LUTHER WAYNE DILLON**                                                              **PETITIONER**

v.                              Case No. 4:20-cv-01073 KGB

**DEXTER PAYNE, Director of the**                                                  **RESPONDENT**
**Arkansas Division of Correction**

## ORDER

The Court has received the Findings and Recommendation entered by United States Magistrate Judge Patricia S. Harris (Dkt. No. 9). Petitioner Luther Wayne Dillon filed objections (Dkt. No. 10). After a careful review of the Findings and Recommendation, Mr. Dillon's objections, and a *de novo* review of the record, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 9).

Mr. Dillon in his objections argues that he did not have the correct access to legal assistance from his attorney to file his motion to withdraw plea (Dkt. No. 10, at 1). Mr. Dillon further avers that he can prove with documentary evidence that his *habeas corpus* petition and motion to withdraw plea were timely filed and that his commercial driver's license logs can demonstrate his actual innocence (*Id.* at 1–2). The Court has reviewed Mr. Dillon's objections and finds that they do not raise any issues that were not already addressed by Judge Harris in the Findings and Recommendation. This Court agrees with Judge Harris's analysis and adopts the Findings and Recommendation as this Court's findings in all respects (Dkt. No. 9).

Accordingly, the Court dismisses Mr. Dillon's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 (Dkt. No. 1). The Court denies the requested relief. In accordance with Rule

11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Mr. Dillon cannot make a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2). Because the Court dismisses Mr. Dillon's petition, the Court denies as moot Mr. Dillon's motions for appointment of counsel and for new trial (Dkt. Nos. 13, 15). The Court grants Mr. Dillon's motion for status to the extent that Mr. Dillon requests a copy of the docket sheet in this case (Dkt. No. 17). The Court directs the Clerk of Court to send Mr. Dillon a copy of the docket sheet, along with a copy of this Order and the Judgment entered in this case.

    It is so ordered this 21st day of July, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge