# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LUTHER WAYNE DILLON**                                                              **PETITIONER**

v.                  Case No. 4:20-cv-01073 KGB

**DEXTER PAYNE, Director of the**                                     **RESPONDENT**
**Arkansas Division of Correction**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Luther Wayne Dillon's petition for writ of *habeas corpus* is dismissed (Dkt. No. 1). The Court denies the requested relief.

It is so ordered this 21st day of July, 2021.

_____
Kristine G. Baker
United States District Judge